McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS WILEY, AND<br>DARIEN HATCHER<br><br>    Defendant. | CASE NO. 1:16-CR-00176 DAD<br>                  1:16-CR-00187 DAD<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR CS/CI DISCLOSURE |

The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and W. Scott Quinlan, attorney for Chris Wiley, and Michael Berdinella, attorney for Darian Hatcher, have stipulated to an extension of time for the government to file an opposition to the defendant's motion for reconsideration from January 4, 2019 until January 14, 2018 and for defendants to reply, if any, on or before February 4, 2019. There is no request to change the date for hearing on the motions set for February 27, 2019. On November 12, 2018, Hatcher filed a Motion for Disclosure of Confidential Informants. On or about November 13, 2018, C. Wiley filed a Motion for Disclosure of Confidential Sources and Unredacted Discovery of Informant Agreements. Undersigned counsel has had

1

multiple filing deadlines over the past several weeks, including this week and including a 9th Circuit brief. Defense does not object to the extension. Therefore, the parties request the Court issue an Order granting the extension request in this stipulation.

Dated: January 2, 201918            Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: January 2, 2019            /s/ William Scott Quinlan
WILLIAM SCOTT QUINLAN
Attorney for Chris Wiley

Dated: January 2, 2019            /s/ Michael Berdinella
MICHAEL BERDINELLA
Attorney for Darien Hatcher

## ORDER

Pursuant to the parties' stipulation, the Government may file its opposition to defendant's motion for reconsideration on or before January 14, 2019, and defendants may file their reply, if any, on or before February 4, 2019.

IT IS SO ORDERED.

Dated: __**January 3, 2019**__          _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE