IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:16-CR-00187-2-DAD |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| DARIAN HATCHER, | ) | |
| | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Elizabeth Richardson-Royer be appointed to represent the above defendant in this case effective *nunc pro tunc* to March 13, 2020, substituting CJA Panel Attorney, Michael Berdinella.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**March 26, 2020**__   _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-