# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIAN HATCHER,<br><br>Defendant. | Case No. 16-CR-00187-DAD<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

The motion of appointed appellate counsel, Elizabeth Richardson-Royer, to withdraw as counsel of record is hereby **GRANTED.**

IT IS SO ORDERED.

Dated:  **February 14, 2022**

_____
UNITED STATES DISTRICT JUDGE