UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DARIAN HATCHER,<br><br>        Defendant. | Case No. 1:15-CR-00305-JLT-BAM<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION<br><br>(Doc. 112) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DARIAN HATCHER,<br><br>       Defendant. | Case No. 1:16-CR-00187-JLT-BAM<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION<br><br>(Doc. 270) |

///
///
///
///
///
///

1

On June 9, 2022, Defendant Darian Hatcher filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in relation to both above-captioned cases.  The Court has preliminarily reviewed Petitioner's motion and concludes that it would be aided by a response from the government.  Accordingly, the government shall have until **September 12, 2022** to file any opposition, and defendant Hatcher shall have until **November 11, 2022** to file a reply.

IT IS SO ORDERED.

Dated:  **June 15, 2022**

*[signature]*
UNITED STATES DISTRICT JUDGE