UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT GONZALEZ,<br><br>　　　　　Defendant. | Old Case No. 1:16−CR−00187-ADA-BAM-1<br>New Case No. 1:16−CR−00187-JLT-BAM-1<br><br>**ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE** |

　　　Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the actions entitled *United States v. Darian Hatcher*, No. 1:15-cr-00305-JLT-BAM, and *United States v. Darian Hatcher*, 1:16-cr-00187-JLT-BAM-2. The instant action arose out of the same conspiracy to distribute and possess with the intent to distribute methamphetamine that gave rise to 1:15-cr-00305-JLT-BAM and 1:16-cr-00187-JLT-BAM-2. Accordingly, assignment of the actions to the same district judge will promote convenience, efficiency, and economy for the court and parties and will avoid the substantial duplication of labor if heard by different judges. An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge and does not consolidate the matters.

　　　Good cause appearing, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Jennifer L. Thurston with new **CASE NO. 1:16-CR-00187-JLT-BAM-1.**

All documents shall bear the new **CASE NO. 1:16-CR-00187-JLT-BAM-1** and the reassignment to U.S. District Judge Jennifer L. Thurston.  The Court is aware of the pending motion for compassionate release filed by Defendant Gonzalez.  (Doc. 279.)  The briefing schedule for that motion shall remain in effect.

IT IS SO ORDERED.

Dated:   **March 13, 2023**

*(signature)*
UNITED STATES DISTRICT JUDGE