IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARIAN HATCHER,<br><br>　　　　　　　Defendant. | CASE NO.  1:15-CR-00305-JLT<br>　　　　　　　1:16-CR-00187-JLT<br><br>[~~PROPOSED~~] ORDER ON JOINT PROPOSED BRIEFING AND HEARING SCHEDULE |

**ORDER**

After considering the parties' Joint Proposed Briefing and Hearing Schedule, the Court ORDERS:

1. Motions shall be filed no later than March 18, 2024.
2. Oppositions shall be filed no later than April 17, 2024.
3. Reply briefs shall be filed no later than May 7, 2024.
4. The Court will hold a hearing on the motions June 3, 2024, at 9:00 a.m.
5. Any evidentiary hearing shall be heard July 8, 2024, at 9:00 a.m.

IT IS SO ORDERED.

　　Dated:   **January 22, 2024**　　　　　　　　　　　　_Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER　　　　　　　　　　　　　　　　1