```
CAROLYN D. PHILLIPS,        #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Darian Hatcher
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 1:15-cr-305 JLT |
| Plaintiff, | 1:16-cr-187 |
| v. | DEFENDANT'S SECOND UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO FILE MOTIONS FROM MARCH 28, 2024 TO APRIL 4, 2024; [PROPOSED] ORDER |
| DARIAN HATCHER, | |
| Defendant. | |

On January 23, 2024, the Court ordered motions to be filed no later than March 18, 2024. Doc. 306. On March 19, 2024, the Court granted defendant's unopposed request to extend the filing deadline by ten days to March 28, 2024. Defendant seeks a second extension of time in which to file motions to April 4, 2024.

*Petitioner's Unopposed Request for an Extension of Time to File Motions from March 28, 2024 to April 4, 2024*

This request is based on FCI Victorville's inexplicable delay in delivering counsel's priority mail to the defendant. The correctly addressed priority package was delivered to the facility Friday March 22, 2024, but as of yesterday the package had not been delivered to defendant preventing substantive discussions regarding defendant's motion.

Counsel for the government does not object to this request.

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
DARIAN HATCHER

### ORDER

GOOD CAUSE appearing, defendant Hatcher's request for an extension of time within which to file supplemental briefing shall be extended to **April 4, 2024**.

IT IS SO ORDERED.

Dated: March 29, 2024

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

*Petitioner's Unopposed Request for an Extension of Time to File Motions from March 28, 2024 to April 4, 2024*