Carolyn D. Phillips,  #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Darian Hatcher

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-305 JLT |
| *Plaintiff*, | 1: 16-cr-187 |
| v. | MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |
| DARIAN HATCHER, | |
| *Defendant.* | |

On June 9, 2022, Mr. Hatcher filed a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 in cases:  1:15-cr-305 (Doc. 112) and 1:16-cr-59 (Doc. 270).  On November 30, 2023, the Court appointed undersigned counsel to represent Mr. Hatcher with his pending § 2255 motion.  Docs. 124 and 297.  On April 3, 2024, Mr. Hatcher filed a withdrawal of the § 2255 motion to vacate.  Docs. 133 and 312.

Having completed her representation of Mr. Hatcher, CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Hatcher require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect)

*U.S. v. Hatcher-  Motion to Terminate CJA Appointment*

1

or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  September 9, 2024           Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
DARIAN HATCHER

**ORDER**

Having reviewed the notice and found that attorney Carolyn Phillips has completed the services for which she was appointed, the Court hereby grants attorney Phillips's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

The Clerk of Court is directed to serve a copy of this order on Defendant Cornelius at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Darian Hatcher, Reg. No. 72985-097
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 3850
Adelanto, CA  92301
Fresno, CA  93722

IT IS SO ORDERED.

Dated: September 10, 2024

Jennifer L. Thurston
U.S. District Judge

*U.S. v. Hatcher- Motion to Terminate CJA Appointment*

2